UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MARTHA RANGEL, | § § § § | |
| Plaintiff | | |
| VS. | § § § § § | CIVIL ACTION NO.  SA 09 CA 0811 |
| OMNI HOTELS MANAGEMENT CORPORATION A/K/A OHMC | § § § § | |
| Defendant. | § | |

## PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE OF COURT TO EXCEED THE PAGE LIMIT

TO THE HONORABLE U. S. DISTRICT JUDGE:

COMES NOW Plaintiff, Martha Rangel, makes and files this her Unopposed Motion for Leave of Court to Exceed the Page Limit, and in support thereof respectfully show:

1.      Plaintiff requests leave of Court so that she may file her twenty-five (25) page Response to Defendant's Summary Judgment and Brief in Support, which currently exceeds the Court's mandated page limit of twenty (20) pages.

2.      Defendant is unopposed to the filing of this motion.

WHEREFORE PREMISES CONSIDERED, Plaintiff prays that this Court grant her Unopposed Motion for Leave of Court to Exceed the Page Limit and permit the filing of her Response to Defendant's Summary Judgment and Brief in Support, which exceeds twenty (20) pages.

        Respectfully submitted,

        **DWIGHT E. JEFFERSON, P.L.L.C.**

By:   /s/ Dwight E. Jefferson
       Dwight E. Jefferson
       State Bar No. 10605600
       405 Main Street, Ste. 950
       Houston, Texas  77002
       (713) 222-1222
       (713) 222-1223 (FAX)

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF CONFERENCE

    I hereby certify that opposing counsel, Bruce Griggs, has been contacted regarding the merits of this matter, and he is unopposed to the filing of this motion.

       /s/ Dwight E. Jefferson
       Dwight E. Jefferson

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a true and correct copy of the above and foregoing has been served upon counsel of record, by electronic transmission, on this the 6th day of August, 2010, in accordance with the Federal Rules of Civil Procedure, to wit:

**BY ELECTRONIC TRANSMISSION**

Mr. Bruce A. Griggs
Ms. Angela N. Marshall
Ogletree Deakins Law Firm
300 Congress Ave., Suite 1150
Austin, TX 78710
Phone: (512) 344-4710
Fax: (512) 344-4701

       /s/ Dwight E. Jefferson
       Dwight E. Jefferson