UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| MARTHA RANGEL, § | |
| § | |
| Plaintiff § | |
| § | |
| VS. § | CIVIL ACTION NO.  SA 09 CA 0811 |
| § | |
| § | |
| OMNI HOTELS MANAGEMENT § | |
| CORPORATION A/K/A OHMC § | |
| § | |
| § | |
| Defendant. § | |

## APPENDIX TO PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

TO THE HONORABLE U. S. DISTRICT COURT JUDGE:

Below, for the Court's reference, is a list of the exhibits compiled and relied upon in support of Plaintiff's Response to Defendant's Motion for Summary Judgment.

| Exhibit | Description |
|---|---|
| A | Deposition testimony of Martha Rangel, Part I |
| B | Deposition testimony of Martha Rangel, Part II |
| C | Deposition testimony of Cesar Cantor |
| D | Deposition testimony of Michelle Smith |
| E | Deposition testimony of James "Jim" Snow |
| F | Deposition testimony of Joy Rothschild |
| G | Deposition testimony of Mauricio Name |
| H | Organizational chart of the Omni Hotel San Antonio at the Colonnade during the time of the events forming the basis of the lawsuit |

|   |   |
|---|---|
| I | Performance reviews of Plaintiff during her employment at the Omni San Antonio Hotel at the Colonnade |
| J | Memorandum of written warning from Jim Snow to Cesar Cantor dated March 16, 2009 |
| K | Email from Michelle Smith to Martha Rangel dated March 12, 2009 |
| L | Email from Martha Rangel to Cesar Cantor dated March 14, 2009 |
| M | Omni Hotels' Standards of Conduct |
| N | Email from Cesar Cantor to Jim Snow, Joy Rothschild, and Richard Maxfield dated March 13, 2009 |
| O | Documents produced by Omni contained in Cesar Cantor's file |
| P | Omni Hotels' job descriptions for the following positions: Human Resource Director, Human Resource Manager, Human Resource Assistant |

Respectfully submitted,

**DWIGHT E. JEFFERSON, P.L.L.C.**

By:   /s/ Dwight E. Jefferson
       Dwight E. Jefferson
       State Bar No. 10605600
       405 Main Street, Ste. 950
       Houston, Texas 77002
       (713) 222-1222
       (713) 222-1223 (FAX)

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing has been served upon counsel of record, by electronic transmission, on this the 6th day of August, 2010, in accordance with the Federal Rules of Civil Procedure, to wit:

**BY ELECTRONIC TRANSMISSION**

Mr. Bruce A. Griggs
Ms. Angela N. Marshall
Ogletree Deakins Law Firm
300 Congress Ave., Suite 1150
Austin, TX 78710
Phone: (512) 344-4710
Fax: (512) 344-4701

                                               /s/ Dwight E. Jefferson
                                               Dwight E. Jefferson