UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MARTHA RANGEL, | § § | |
| Plaintiff | § § | |
| VS. | § § § | CIVIL ACTION NO.  SA 09 CA 0811 |
| OMNI HOTELS MANAGEMENT CORPORATION A/K/A OHMC | § § § § § | |
| Defendant. | § | |

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE OF COURT TO EXCEED THE PAGE LIMIT

On this date came on to be considered Plaintiff's Unopposed Motion for Leave of Court to Exceed the Page Limit, after consideration of the same is of the opinion that said motion is meritorious and should be granted.  It is, therefore,

ORDERED that Plaintiff's Unopposed Motion for Leave of Court to Exceed the Page Limit shall be and the same is in all things GRANTED.  It is further

ORDERED that Plaintiff's Response to Defendant's Summary Judgment and Brief in Support be deemed filed with the Court on August 6, 2010.  It is further

SIGNED this _____ day of AUGUST, 2010.

_____
U.S. DISTRICT COURT JUDGE