UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MARTHA RANGEL, | § § | |
| Plaintiff | § § | |
| VS. | § § § | CIVIL ACTION NO.  SA 09 CA 0811 |
| OMNI HOTELS MANAGEMENT CORPORATION A/K/A OHMC | § § § § § | |
| Defendant. | § | |

## ORDER DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND BRIEF IN SUPPORT

On this date came on to be considered Defendant's Motion for Summary Judgment and Brief in Support, after consideration of the same is of the opinion that said motion is without merit and should be denied.  It is, therefore,

ORDERED that Defendant's Motion for Summary Judgment and Brief in Support shall be and the same is in all things DENIED.

SIGNED this _____ day of_____, 2010.

_____
JUDGE PRESIDING